IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 23 AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHELLE SHARLOW,

    Plaintiff,

VS.                              NO. 04-2445-Ma

CENDANT CAR RENTAL GROUP, INC.,
d/b/a BUDGET RENT A CAR SYSTEM,
INC., ET AL.,

    Defendants.

---

ORDER MODIFYING THE COURT'S MAY 19, 2005, ORDER

---

Before the court is plaintiff's June 2, 2005, motion for modification of the court's previous order.  The defendants do not consent to the motion but have not filed a response in opposition and the time for filing same has run.  For good cause shown, the court grants the motion.

The court's order of May 19, 2005, is modified for the limited purpose of allowing discovery to proceed in this case pending resolution of the criminal proceedings pending in Virginia.  With the exception of the specific modification contained in this order, all other provisions of the court's order of May 19, 2005, remain in full force and effect.

It is so ORDERED this __22d__ day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-26-05_

15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02445 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

James O. Lockard
LOCKARD LAW FIRM
707 Adams Avenue
Memphis, TN 38105

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT