IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CG_ D.C.

05 SEP 22 PM 4: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHELLE SHARLOW,

    Plaintiff,

VS.                                    NO. 04-2445-MaV

CENDANT CAR RENTAL GROUP, INC.,
ET AL.,

    Defendants.

---

### ORDER LIFTING STAY

This case was stayed pending the disposition of a related criminal case pending in the state of Virginia. Counsel for defendants has advised the court that the criminal matter in Virginia has been resolved and that the stay of this matter should be lifted. For good cause shown, the automatic stay of proceedings before this court is lifted and the matter is returned to the active docket of the court.

It is so ORDERED this 22d day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-26-05___

21

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02445 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

James O. Lockard
LOCKARD LAW FIRM
707 Adams Avenue
Memphis, TN 38105

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT