IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC 22 PM 3: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MICHELLE SHARLOW,

    Plaintiffs,

V.

Civil Action No. 04-2445

CENDANT CAR RENTAL GROUP, INC.,
d/b/a BUDGET RENT A CAR SYSTEM, INC.,
ROBERT LINTON LEARY, Individually and d/b/a
NEW RIVER VALLEY BLACKSBURG
And DOUGLAS RANDALL BENSON,
INDIVIDUALLY

    Defendants.

## NOTICE AND ORDER OF VOLUNTARY NON-SUIT

THIS CAUSE CAME ON TO BE HEARD whereupon the Plaintiff voluntarily dismissed her cause against the defendant without prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause is dismissed without prejudice.

_____
JUDGE

December 22, 2005
_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-29-05

(25)

_____
Stephen R. Leffler   11038
Attorney for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02445 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

James O. Lockard
LOCKARD LAW FIRM
707 Adams Avenue
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT